

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:03-cr-30WS

LEVON EDMOND

### ORDER

Before the court is the psychiatric report of the defendant Levon Edmond which has been filed under seal, and this court, finding the matter to have possible relevance to the proceedings now before this court, hereby directs that the psychiatric report be unsealed.

SO ORDERED this the 25th day of January, 2006.

_____
CHIEF UNITED STATES DISTRICT JUDGE