IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:03cr30HTW-JCS

LEVON EDMOND

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 3 - 7 of the Indictment against LEVON EDMOND, without prejudice.

DUNN LAMPTON
United States Attorney

By:   s/ Harold H. Brittain
HAROLD H. BRITTAIN
Assistant U.S. Attorney
MS Bar No. 4556

Leave of Court is granted for the filing of the foregoing dismissal without prejudice.

ORDERED this 28th day of March, 2006.

UNITED STATES DISTRICT JUDGE